IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 126-011 |
| | ) | |
| ERIC JOSHUA JONES | ) | |

**O R D E R**

After a careful, *de novo* review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **FINDS** by a preponderance of the evidence Defendant Eric Joshua Jones incompetent to stand trial at this time, and **ORDERS** Defendant be committed to a facility for competency restoration procedures pursuant to 18 U.S.C. § 4241(d).

The Court **DIRECTS** that Defendant be placed in a suitable facility for treatment. The Court recommends that the Bureau of Prisons designate Defendant to FCI Butner in Butner, North Carolina, but if no bed space is available there, to the facility next closest to Augusta, Georgia. Further, in the best interest of Defendant's mental health and as recommended by the Magistrate Judge, the Court **ORDERS** Defendant to self-report to the designated facility. Defendant shall not be detained for transport unless he is unable to travel to the designated facility by the self-report date, in which event he shall self-report to the United States Marshals at the United States District Courthouse, 600 James Brown Boulevard, Augusta, Georgia on the report date.

Defendant shall be placed in this facility for treatment for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward. Id. § 4241(d)(1). If there is no such substantial probability, Defendant is subject to the provisions of 18 U.S.C. §§ 4246 and 4248. The Court **DIRECTS** the **CLERK** to serve a copy of this Order on the United States Marshal to ensure compliance therewith.

The Court further **DIRECTS** the director of the facility in which Defendant is hospitalized, pursuant to 18 U.S.C. § 4241(d), to notify this Court at the four-month mark if Defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense by filing a certificate with the Clerk of Court. If the director finds that Defendant requires additional evaluation and treatment, he or she shall so advise the Court, and the Court will, if necessary, consider a request for an additional reasonable period of commitment pursuant to § 4241(d)(2).

**IT IS ORDERED** that all time passage between the entry of this Order and the completion of the restoration procedures, to include Defendant's return to the Southern District of Georgia, shall be excluded for purposes of the Speedy Trial calculation. 18 U.S.C. § 3161(h)(4).

SO ORDERED this _____24th_____ day of June, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2